**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRITTANI CLAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:15-cv-01325 |
| v. | ) | |
| | ) | NOTICE OF |
| CAPITAL ONE BANK, | ) | SETTLEMENT |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

NOW COMES ~~the~~ Plaintiff, BRITTANI CLAY ("Plaintiff"), by and through the undersigned, ~~counsel~~ and hereby informs the ~~court~~ Court that a settlement of the present matter has been reached and the parties are ~~is~~ in the process of finalizing settlement, ~~which~~ Plaintiff anticipates the settlement will be finalized and completed within the next 60 days.

Plaintiff therefore requests that this ~~honorable~~ Honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

Date: May 2, 2016

~~By:~~ /s/ Adam T. Hill

Adam T. Hill

~~Attorney for Plaintiff~~

Krohn & Moss, Ltd.

10 N. Dearborn, 3rd Floor
Chicago, IL 60602
Phone: (323) 988-2400 ext 238
Fax: (866) 870-0941
E-Mail: ahill@consumerlawcenter.com
Attorney for Plaintiff

**Formatted:** Right: 0", Hyphenate, Tab stops: Not at -0.5" + 0" + 0.19"

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 2, 2016, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

electronically submitted to all parties by the Court's CM/ECF system.


 /s/ Adam T. Hill____
Adam T. Hill
Attorney for Plaintiff