UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRITTANI CLAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:15-cv-01325 |
| v. | ) |
| | ) |
| CAPITAL ONE BANK, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, BRITTANI CLAY ("Plaintiff"), by and through the undersigned, and hereby informs the Court that a settlement of the present matter has been reached and the parties are in the process of finalizing settlement. Plaintiff anticipates the settlement will be finalized and completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

Date: May 2, 2016  /s/ Adam T. Hill
Adam T. Hill
Krohn & Moss, Ltd.
10 N. Dearborn, 3rd Floor
Chicago, IL 60602
Phone: (323) 988-2400 ext 238
Fax: (866) 870-0941
E-Mail: ahill@consumerlawcenter.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2016, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

    /s/ Adam T. Hill____
Adam T. Hill
Attorney for Plaintiff