# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE<br>CAPITAL ONE TELEPHONE<br>CONSUMER PROTECTION ACT<br>LITIGATION | ) ) ) ) ) | Master Docket No. 1:12-cv-10064<br>MDL No. 2416 |
| This document relates to:<br><br>BRITTANI CLAY,<br><br>v.<br><br>CAPITAL ONE BANK | ) ) ) ) ) ) ) ) ) | Case No: 1:15-cv-01325 |

## AGREED ORDER TO DISMISS WITH PREJUDICE

Pursuant to the Joint Stipulation to Dismiss with Prejudice filed by the parties:

IT IS HEREBY ORDERED that *Brittani Clay v. Capital One Bank,* is dismissed in its entirety, with prejudice, each party bearing its own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a).

Dated: October 24, 2016

_____
ELAINE E. BUCKLO
Judge, United States District Court